[No. 41986-6-II.   Division Two.   February 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW LAVALSIT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-1-00707-3, Sally F. Olsen, J., entered March 23, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt, J., and Bridgewater, J. Pro Tem.

[No. 42018-0-II.   Division Two.   February 12, 2013.]

NORTHWEST WALL AND CEILING CONTRACTORS ASSOCIATION, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-00959-6, Paula Casey, J., entered April 5, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Quinn-Brintnall, J.

[Nos. 42457-6-II; 42607-2-II.   Division Two.   February 12, 2013.]

JERRY MULDER ET AL., *Respondents*, v. CABINET DISTRIBUTORS, INC., ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Grays Harbor County, No. 08-2-00254-0, Gordon Godfrey, J., entered July 25, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Bridgewater, J. Pro Tem., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 42670-6-II.   Division Two.   February 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. T.L.W.-C., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 11-8-00056-5, David L. Edwards, J., entered September 27, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Penoyar, J.